IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KARA LYNN MCKAY,

    Plaintiff,

v.                                                                                                         No. 21-cv-0436 SMV

ANDREW SAUL,
**Commissioner of the Social Security Administration,**

    Defendant.

## ORDER GRANTING LEAVE TO PROCEEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Motion for Order Granting Application to Proceed *in Forma Pauperis* And Directing Service [Doc. 2], filed on May 10, 2021. The Court, being fully advised in the premises FINDS that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Order Granting Application to Proceed *in Forma Pauperis* And Directing Service [Doc. 2] be **GRANTED**. Plaintiff may proceed without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**